# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 25-4510

**Case Name** | Garner, et al. v. Amazon.com, Inc., et al.

**Requesting Party Name(s)** | Respondents Kaeli Garner, et al.

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☒ Other (*you **must** describe the document*)
  Answer in opposition to Rule 23(f) petition

**The requested new due date is:** August 11, 2025

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Petitioners filed a Petition for Permission to Appeal under Rule 23(f). The deadline to answer the Petition is July 31, 2025. Petitioners' Co-Lead Counsel, Labaton Keller Sucharow, are currently in the middle of a class-action jury trial before the Honorable James Donato of the Northern District of California in Frasco v. Flo Health, Inc., No. 3:21-cv-00757. The jury is expected to receive the case around the same day Respondents' response to the Petition is due. Accordingly, Respondents ask for a ten-day extension through August 11, 2025.

**Signature** | /s/ Stuart A. Davidson  **Date** | July 24, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 14**     1     New 12/01/2018

| **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8** |
|:---:|
| *Complete this section for criminal or immigration cases.* |

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my [_____] request.

(*Examples: first, second*)

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [_____].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [_____]  **Date** [_____]

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**  2  *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Respondents' Opposition] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: July 31, 2025

3. The brief's first due date was: N/A

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Respondents' Co-Lead Counsel is presently in the middle of a two-week federal class-action jury trial in the Northern District of California, Frasco v. Flo Health, Inc., No. 3:21-cv-00757. Due to the trial, Respondents require ten additional days, through August 11, 2025, to file their Answer to the Petition.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s/ Stuart A. Davidson    **Date** July 24, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**                                         3                              New 12/01/2018